173 A.3d 600

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. WAL-
LACE GASKINS, A/K/A WALLACE N. GASKINS, WALLACE MI-
CHAEL, WALLACE MILLER, WALLACE N. MILLER AND
WALLACE N. MOORE, DEFENDANT–PETITIONER.

C–287 September Term 2017
079498

November 14, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001283–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.